*Isaac Havens* v. *Lester Brädner, president of the Bank of Dansville.* M. T. REYNOLDS, for appellant ; JOHN YOUNG, for the respondent. Order of the vice chancellor affirmed, with costs, and proceedings remitted.

*John A. McCosker, an infant, by his friend* v. *John R. Brady et al.* H. F. CLARK, for appellants ; C. O'CONOR, for respondent. Decretal order of the vice chancellor of the first circuit overruling demurrer, affirmed, with costs to be paid by appellants respectively upon their several appeals. Proceedings remitted.

Costs in fore-
closure suits ;
where suit is
settled before
answer or a de-
cree pro con-
fesso.